The judgment of the Court of Civil Appeals is affirmed.

## EVANS v. STATE.

### No. 24241.

Court of Criminal Appeals of Texas.

Jan. 26, 1949.

George E. Hosey, of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon an indictment charging the primary offense of burglary, and alleging two prior convictions for the same offense, the appellant was sentenced to confinement in the state penitentiary for life.

The record is before us without bills of exception or a statement of facts. Therefore, nothing is presented for review except matters of procedure, all of which appear to be in regular form.

The judgment of the trial court is affirmed.